AO 93 (Rev. 11/13) Search and Seizure Warrant     AUSA Erin Kelly, (312) 886-9083

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. **23 M 729** |
| The cellular telephone, further described in Attachment A | Ref. No. 2023R00571 |

## SEARCH AND SEIZURE WARRANT

To: Mikhail Geyer and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before August 7, 2023 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: July 24, 2023 at 3:45pm

*Judge's signature*

City and State: Chicago, Illinois        SUNIL R. HARJANI, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

A black Motorola Model XT2165DL cellular telephone, bearing IMEI number 351394590910909.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence concerning violation of Title 21, United States Code, Sections 841(a)(1) and 846 (the "**Subject Offenses**"), as follows:

1. Items, including electronic records, information, digital photographs and videos, or communications, pertaining to the use, ownership, or control of **Subject Phone**.

2. Items, including electronic records, information, digital photographs and videos, or communications pertaining to: (a) controlled substances; (b) drug paraphernalia; (c) narcotics packaging; (d) U.S. Postal Service records; (e) the Nemesis Market; (f) Hughes Telegram Account 1 and Hughes Telegram Account 2; (g) the use of cryptocurrency, including digital wallets and bitcoin ATMs; (h) any NovaBTM account; (i) the use of digital applications to send or receive bitcoin proceeds; (i) the Provolonemacaroni Store Account, including direct messages with the account and advertising; and (j) any other association with the moniker, "provolonemacaroni," including the use of e-mail addresses with that moniker.

3. Items, including electronic records, information, digital photographs and videos, or communications pertaining to the identities of participants and/or co-conspirators involved in, or witnesses to, the **Subject Offenses**.

4. Items related to the physical location of the **Subject Phone** at or near the times of the **Subject Offenses**.

5. Any SIM card located within the **Subject Phone** that identifies the cellular telephone number associated with the **Subject Phone**.

## ADDENDUM TO ATTACHMENT B

The government's review of electronic storage media, including cell phones, already in its possession shall be conducted pursuant to the following protocol:

The government must make reasonable efforts to use methods and procedures that will locate those categories of data, files, documents, or other electronically stored information that are identified in the warrant, while minimizing exposure or examination of categories that will not reveal the items to be seized in Attachment B.

The review of electronically stored information and electronic storage media described in Attachment A may include the below techniques. These techniques are a non-exclusive list, and the government may use other procedures if those procedures are designed to minimize the review of information not within the list of items to be seized as set forth in Attachment B:

a. examination of categories of data contained in such computer hardware, computer software, and/or memory storage devices to determine whether that data falls within the items to be seized as set forth in Attachment B;

b. searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth in Attachment B;

c. surveying various file directories and folders to determine whether they include data falling within the list of items to be seized as set forth in Attachment B;

d. opening or reading portions of files, and performing key word or concept searches of files, in order to determine whether their contents fall within the items to be seized as set forth in Attachment B; and

e. using forensic tools to locate data falling within the list of items to be seized as set forth in Attachment B.

Law enforcement personnel are not authorized to conduct additional searches for any information beyond the scope of the items to be seized by this warrant as set forth in Attachment B.  To the extent that evidence of crimes not within the scope of this warrant appears in plain view during the government's review, the government shall submit a new search warrant application seeking authority to expand the scope of the search prior to searching portions of that data or other item that is not within the scope of the warrant.  However, the government may continue its search of that same data or other item if it also contains evidence of crimes within the scope of this warrant.