AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No: 23 M 729 | Date and Time Warrant Executed: July 25, 2023 | Copy of Warrant and Inventory Left With: |
| Inventory made in the presence of: TFO Mikhail Geyer | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- Copy of data extracted from device (digital)
  ↳ Data extracted on or about 8/10/23

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/28/23

*Executing officer's signature*

SA Jacob Elvey
*Printed name and title*